UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY R. KAIGHN and JANIS KAIGHN,<br><br>Plaintiffs,<br><br>v.<br><br>CAROL DELLINGER, et al.,<br><br>Defendants. | No.  2:15-cv-01641-MCE-DAD<br><br>**ORDER** |

The Court is in receipt of Plaintiffs' Motion for Temporary Restraining Order (ECF No. 2) and Notice of Related Case (ECF No. 3).  The Court first finds that this case is in fact related to <u>Kaighn v. United States</u>, Case Number 2:15-cv-01602-MCE-AC, which Plaintiffs filed just seven days before filing this case.  Although the Chief Judge for the Eastern District of California is the assigned District Court judge in both actions, there are currently two different magistrate judges assigned to the actions.  Accordingly, this action is reassigned from Magistrate Judge Dale A. Drozd to Magistrate Judge Allison Claire, pursuant to Local Rule 123(c).  The new case number for this action is 2:15-cv-01641-MCE-AC.

Furthermore, Plaintiffs' Motion for Temporary Restraining Order is DENIED.  Plaintiff has failed to establish the propriety of such a remedy.  See generally <u>Winter v. Natural Resources Defense Council</u>, 555 U.S. 7, 20 (2008); <u>Alliance for Wild Rockies v.</u>

1

Cottrell, 632 F.3d 1127, 1131-36 (9th Cir. 2011).  A review of both the Motion and the Complaint (ECF No. 1) indicates that Plaintiffs are simply attempting to delay an unlawful detainer hearing scheduled for August 5, 2015 in the Sacramento County Superior Court.  See Pls.' Mot., ECF No. 2, at 1-2 (requesting an order that enjoins Defendants "from taking any action adverse to Plaintiffs or to evict Plaintiffs from the 6064 Leafwood Drive property during the pendency of this lawsuit").  This Court has consistently refused to enjoin such actions, see, e.g., Scherbenske v. Wachovia Mortg., FSB, 626 F. Supp. 2d 1052 (E.D. Cal. 2009), and refuses to do so in this action.  Accordingly, Plaintiffs' Motion for Temporary Restraining Order is DENIED.

IT IS SO ORDERED.

Dated:  August 4, 2015

_____
MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT COURT